# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:21-mj-614
Priority Mail Express parcel label number EJ819731255US, postmarked August )
10, 2021, weighing 1 pounds 5.9 ounces, addressed to Marquia Tyler, P.O. Box )
6276, Long Beach, CA 90806 with a return address of Michael Tyler, 4900 )
Hunt Rd, Blu Ash, OH 45242 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel label number EJ819731255US

located in the Southern District of Ohio, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**
Date: **Aug 19, 2021**

Karen L. Litkovitz
**United States Magistrate Judge**

City and state: Cincinnati, Ohio

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the mail was used, your affiant has learned of certain characteristics indicative of other mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3. U.S. Postal Inspectors are aware that the State of California is a source location for controlled substances that are regularly mailed to Ohio and the proceeds from the sales of controlled substances are frequently returned to California via the U.S. Mail.

4. On or about August 11, 2021, your affiant learned that Priority Mail Express parcel label number EJ819731247US (PARCEL 1) and Priority Mail Express parcel label number EJ819731255US (PARCEL 2) were mailed from Cincinnati, Ohio. An image of the postal receipt was found on the phone of Maurice

1

Stells - a person of interest that was being questioned by law enforcement at the Cincinnati/Northern Kentucky Airport. Stells had U.S. currency, a small amount of marijuana, and drug paraphernalia on his person which was seized by law enforcement. He was cited for Possession of Marijuana and Drug Paraphernalia and released. Further investigation showed that Stells had been convicted in the Eastern District of Kentucky and sentenced to 96 months for drug trafficking in 2014. You affiant knows that in 2011 she was involved in the state arrest of Stells after receiving marijuana via the U.S. Mail.

5. Your affiant did a check of a postal system and learned PARCEL 1 and 2 had processed through a postal facility in Cincinnati, Ohio and was enroute to California.

6. Your affiant contacted the Pacific Post Office, Long Beach, California and requested an image of the aforementioned parcels. The parcels are addressed to Marquia Tyler, P.O. Box 6276, Long Beach, CA 90806 with a return address of Michael Tyler, 4900 Hunt Rd, Blu Ash, OH 45242. The return address city is misspelled; the correct spelling is "Blue Ash". Your affiant requested PARCEL 1 and 2 be placed in a secure area for further investigation.

7. Your affiant did a check in CLEAR regarding the return address on PARCEL 1 and 2. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, the name "Tyler" is not associated with 4900 Hunt Rd, Blue Ash, OH 45242. The parcel labels have a phone number listed with the return address – (513) 394-2888. Your affiant did a check in CLEAR regarding (513) 394-2888. Neither the name "Tyler" or 4900 Hunt Road are associated with that phone number.

8. Your affiant contacted the Sycamore Post Office, Cincinnati, Ohio regarding the return address. According to the post office, "49 Hundred", an apartment complex with more than 140 units, is located at 4900 Hunt Road.

9. Your affiant contacted the Pacific Post Office and requested PARCEL 1 and 2 be sent to her location for further investigation.

10. On or about August 12, 2021, your affiant received PARCEL 1 and 2.

11. Your affiant contacted Cincinnati Police Department Specialist Mike Harper to arrange for a narcotic canine to check PARCEL 1 and 2. Specialist Harper responded to the U.S. Postal Inspection Service (USPIS) Field office, Cincinnati, Ohio where the parcels were placed in a separate controlled

2

area and presented to narcotic canine, "Cairo". "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon PARCEL 1 and 2. Your affiant knows that Specialist Harper and narcotic canine "Cairo" train regularly and are certified annually through the Ohio Peace Officer Training Academy. Your affiant has presented countless parcels to Specialist Harper and canine "Cairo" which has resulted in successful seizures of a quantity of a narcotic or other dangerous controlled substance and their proceeds or instrumentalities therefore your affiant considers them to be reliable. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

12. PARCEL 1 is further identified as follows: a U.S. Postal Service Priority Mail Express Tyvek envelope approximately 12" x 15" in size, weighing 2 pounds 4 ounces, bearing label number EJ819731247US, postmarked August 10, 2021; see address information below:

**Sender:** Michael Tyler
4900 Hunt Rd
Blu Ash OH 45242

**Addressee:** Marquia Tyler
P.O. Box 6276
Long Beach CA 90806

13. PARCEL 2 is further identified as follows: a U.S. Postal Service Priority Mail Express Tyvek envelope approximately 12" x 15" in size, weighing 1 pound 5.9 ounces, bearing label number EJ819731255US, postmarked August 10, 2021; see address information below:

**Sender:** Michael Tyler
4900 Hunt Rd
Blu Ash OH 45242

**Addressee:** Marquia Tyler
P.O. Box 6276
Long Beach CA 90806

14. This information along with the positive alert of narcotic canine "Cairo" is indicative of a drug package or its proceeds.

15. Based on the information contained herein, your affiant believes that contained in PARCEL 1 and 2 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

16. PARCEL 1 and 2 are being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open the parcels is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this __19__ day of ____Aug.____, 2021.

_____
Karen L. Litkovitz
United States Magistrate Judge

4



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, __Mike Harper__, am and have been employed by the Cincinnati Police Department since __2001__. Among other duties, I am currently the assigned handler of narcotics detection canine "Cairo" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On __8-12-21__, at the request of Postal Inspector K. O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Cairo" did alert to and indicate upon: [describe item]

__EJ819731255 US addressed to Marquia Tyler PO Box 6276 Long Beach CA 90806 return Michael Tyler 4400 Hunt Rd Blue Ash OH 45242__

Which, based upon my training and experience and that of "Cairo", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____  8-12-21
(Signature and Date)

_____  8-12-21
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone. 877-876-2455
FAX: 513-684-8009